### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLORADO

Civil Action No. 1:20-cv-02745-CMA-NRN

DAVID KATT, on behalf of himself and all others similarly situated,

Plaintiff,

v.

URBAN VILLAGES, INC.,

Defendant.

---

**STIPULATION FOR DISMISSAL WITH PREJUDICE
PURSUANT TO FED. R. CIV. P 41(a)(1)(A)(ii)**

---

The parties, by and through their respective attorneys, Ari Hillel Marcus on behalf of Plaintiff David Katt; and Ryan Thomas Benson on behalf of Urban Villages, Inc., hereby stipulate and agree pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) to a dismissal with prejudice, with each party to bear its own costs and attorneys' fees. By the filing of this Stipulation the above-captioned civil action is deemed resolved and the case shall be closed.

Respectfully submitted this 1st day of December 2020.

          */s/ Ari Hillel Marcus*
          Ari Hillel Marcus
          Marcus & Zelman, LLC
          701 Cookman Avenue
          Suite 300
          Asbury Park, NJ 07712
          Telephone: 732-695-3282
          ari@marcuszelman.com
          ATTORNEY FOR PLAINTIFF
          DAVID KATT

          */s/ Ryan Thomas Benson*
          O'Hagan Meyer LLC
          One East Wacker Drive
          Suite 3400
          Chicago, IL 60601
          Telephone: 312-422-6100
          rbenson@ohaganmeyer.com
          ATTORNEYS FOR DEFENDANT
          URBAN VILLAGES, INC.

-3-

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 1st day of December 2020, I electronically filed the foregoing **STIPULATION FOR DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P 41(a)(1)(A)(ii)** with the Clerk of Court using the CM/ECF system which will send electronic notification of such filing to the following:

Ryan Thomas Benson
rbenson@ohaganmeyer.com

/s/ *Ari Hillel Marcus*